UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JENNY HWANG, on behalf of herself
and all others similarly situated,

          Plaintiffs,

-against-

STATE MATERIAL MASON SUPPLY CORP.

          Defendant.

Case No. 1:22-cv-4452

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
           April 18, 2023

Respectfully Submitted,

**/s/ Mars Khaimov**
By:    Mars Khaimov, Esq.
        108-26 64th avenue, Second Floor
        Forest Hills, New York 11375
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*

So Ordered,

/s/(ARR)

ALLYNE R. ROSS, U.S.D.J.   4/19/23